**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01290-BNB

CONNIE RAY POWELL,

    Applicant,

v.

RICHARD SMELSER, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion for Order Requesting the Clerk of the Court to Request Volunteer Counsel to Represent Plaintiff [sic]," filed on July 22, 2009, is DENIED as premature.

Dated: July 23, 2009